UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEA S.,<br>    Plaintiff,<br>vs.<br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY dba ANTHEM BLUE CROSS, ET AL.,<br>    Defendants. | Case No.: 4:21-cv-06060-YGR<br><br>**SCHEDULING AND SEALING ORDER** |

The Court has read and reviewed the parties' Joint Case Management Conference Statement. (Dkt. No. 16). Given that this case arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, *et seq.*, the Court will not set a date for a bench trial until briefing under Federal Rule of Civil Procedure 52 is completed.[1] If required, a bench trial can be scheduled on a fairly expedited basis. In light of the instant order, the Court hereby **VACATES** the case management conference currently set for November 8, 2021. Another conference can be scheduled if required by contacting the Court's courtroom deputy. *See* Standing Order in Civil Cases ¶ 12.

The Court **HEREBY ORDERS** as follows:

Defendants shall preserve the administrative record. The parties shall meet and confer on the scope of the administrative record and agree upon deadlines for resolution of this issue. The administrative record shall be delivered to the Court thirty (30) days prior to the filing of the first merits brief as set forth herein:

> **First**, a physical copy of the administrative record (Bates-stamped and double-sided pages) shall be delivered to the Court. The Court has three-ring binders. The administrative record shall include an index and be segregated in appropriate, labeled categories (i.e. medical records, internal review records, third party expert reports, etc.); and

---

[1] Should the parties determine that a bench trial will be required, rather than (or in conjunction with) resolution on the papers, the Court will contact the parties and modify the schedule if necessary.

**Second**, an electronic copy of the administrative record shall be filed **under seal** pursuant to this Order.  To the extent it is filed in parts, those parts shall be labeled and indexed to allow for easy access to the documents.  The index shall be separately filed.  In addition, the parties shall deliver the electronic form of the administrative record on an external USB memory device(s) along with the physical copy.  The electronic copy shall allow for searching.

### PRETRIAL SCHEDULE

| | |
|---|---|
| COMPLIANCE HEARING REGARDING SELECTION OF PRIVATE MEDIATOR | January 28, 2022 |
| COMPLIANCE HEARING REGARDING STANDARD OF REVIEW ON BENEFITS REVIEW CLAIM | March 11, 2022 |
| REFERRAL TO ADR; LAST DAY TO CONDUCT MEDIATION | Referred to Private Mediation<br>March 25, 2022 |
| PLAINTIFF TO FILE AFFIRMATIVE MOTION FOR JUDGMENT ON BENEFITS REVIEW CLAIM: | September 16, 2022 |
| DEFENDANTS TO FILE A SINGLE/JOINT MOTION OPPOSING PLAINTIFF'S MOTION WITH THEIR OWN CROSS-MOTION FOR JUDGMENT: | October 7, 2022 |
| PLAINTIFF TO FILE A SINGLE REPLY IN SUPPORT OF MOTION WITH AN OPPOSITION TO THE CROSS-MOTION: | October 21, 2022 |
| DEFENDANTS TO FILE A REPLY IN SUPPORT OF THE CROSS-MOTION ONLY: | November 4, 2022 |
| HEARING | December 6, 2022 at 2:00 p.m. |

With respect to Rule 52 briefing, each party shall meet and confer on the appropriate standard of review and confirm the same within the briefing.  Any disagreement with respect to this issue shall be raised with the Court no later than March 4, 2022.  The parties shall provide the Court with their positions on the standard of review by filing a JOINT STATEMENT, not to exceed five-pages, by March 4, 2022.  A compliance hearing regarding the standard of review shall be held on Friday, **March 11, 2022** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street,

Oakland, California, in Courtroom 1.  By March 4, 2022, the parties shall file either the JOINT STATEMENT or a JOINT NOTICE setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Virtual appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties are **REFERRED** to private mediation to be completed by March 25, 2022.  The parties shall provide the Court with the name of an agreed-upon mediator by January 21, 2022 by filing a JOINT Notice.  A compliance hearing regarding mediation shall be held on **Friday, January 28, 2022** on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 5, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**